UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Crystal Boone, et al, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | 1:08cv01065 |
| | : | Judge Ricardo M. Urbina |
| MountainMade Foundation, et al., | : | |
| | : | |
| Defendants. | : | |

## **DEFENDANTS MOUNTAINMADE FOUNDATION AND JACK CARPENTER'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

COME NOW, Defendants, MountainMade Foundation and Jack R. Carpenter, by counsel, CARR MALONEY P.C., and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, submit this Consent Motion respectfully requesting an extension of time until September 4, 2008 to file a responsive pleading to the Complaint in the above-referenced matter. In support of the foregoing motion, Defendants MountainMade Foundation and Jack Carpenter respectfully refer the Court to the attached Memorandum of Points and Authorities.

Respectfully submitted,

CARR MALONEY P.C.


By:     /s/                                        
Thomas L. McCally, #391937
Nat P. Calamis, #495680
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing *Consent Motion* was electronically filed and mailed, postage pre-paid, on this 21st day of August, 2008 to:

        C. Michael Tarone, Esquire
        Tarone & McLaughlin
        1010 Vermont Ave., N.W.
        Suite 810
        Washington, D.C.  20005


        ___/s/_____
         Nat P. Calamis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Crystal Boone, et al, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | 1:08cv01065 |
| | : | Judge Ricardo M. Urbina |
| MountainMade Foundation, et al., | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS MOUNTAINMADE FOUNDATION AND JACK CARPENTER'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

In support of the foregoing Motion, Defendants MountainMade Foundation and Jack Carpenter assert with respect to this Consent Motion as follows:

1. The Complaint in the instant matter was filed on June 20, 2008. The Complaint was served upon Defendant Jack Carpenter on August 1, 2008 thereby requiring a responsive pleading from Mr. Carpenter by August 21, 2008. The Complaint was served upon Defendant MountainMade Foundation on August 4, 2008, thereby requiring a responsive pleading from MountainMade by August 25, 2008. Upon information and belief, Defendant Kate McComas has not been served with a copy of the Complaint as of the date of the filing of this Motion.

2. The Complaint in the above-referenced matter is approximately 35 pages long and contains approximately 159 paragraphs of factual allegations. All of the Defendants named in the Complaint reside outside of the District of Columbia.

3. Undersigned counsel was only recently retained to represent Defendants in this matter, and needs additional time to review relevant documents, analyze the factual

allegations in the Complaint, and discuss these allegations with Defendants.

4.     Defendants MountainMade Foundation and Jack Carpenter therefore respectfully request that this Court grant them an extension of time until September 4, 2008 to submit a responsive pleading to Plaintiffs' Complaint.

5.     This request is not being made for purposes of delay, but rather to offer Defendants and counsel an opportunity to assess their legal position before filing a responsive pleading.

6.     Pursuant to LCvR 7(m), undersigned counsel certifies that he spoke with counsel for Plaintiff on August 19, 2008, and that counsel for Plaintiff consented to the relief requested in this Motion.

                                        Respectfully submitted,

                                        CARR MALONEY P.C.


By:     /s/
       Thomas L. McCally, #391937
       Nat P. Calamis, #495680
       1615 L Street, N.W.
       Suite 500
       Washington, D.C.  20036
       (202) 310-5500 (telephone)
       (202) 310-5555 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Crystal Boone, et al, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | 1:08cv01065 |
| | : | Judge Ricardo M. Urbina |
| MountainMade Foundation, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Upon consideration of Defendants MountainMade Foundation and Jack Carpenter's **Consent** Motion for Extension of Time to File Responsive Pleading, it is this _____ day of _____, 2008;

ORDERED, that the Consent Motion is hereby GRANTED; and it is further

ORDERED, that Defendants MountainMade Foundation and Jack Carpenter shall have until September 4, 2008 to file a responsive pleading in the above captioned matter.

SO ORDERED.

_____
Judge Ricardo M. Urbina

Copies to:

Thomas L. McCally, Esquire
Nat P. Calamis, Esquire
Carr Maloney, P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036
*Attorneys for Defendants Mountain Made Foundation and Jack Carpenter*

C. Michael Tarone, Esquire
Tarone & McLaughlin
1010 Vermont Avenue, N.W.
Suite 810
Washington, D.C.  20005
*Attorney for Plaintiffs*